DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAURICIO LOPEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00063 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| MAURICIO LOPEZ-GARCIA, ) | Date: March 31, 2008 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for March 24, 2008, **may be continued to March 31, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR M. SCOTT
        United States Attorney

DATED: March 19, 2008    By  /s/ Ian L. Garriques
        IAN L. GARRIQUES
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: March 19, 2008    By  /s/ Marc Days
        MARC DAYS
        Assistant Federal Defender
        Attorney for Defendant
        MAURICIO LOPEZ-GARCIA

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 19, 2008**        /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE