DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAURICIO LOPEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00063 AWI |
| Plaintiff, ) | ORDER FOR MEDICAL TREATMENT |
| v. ) | Judge: Hon. Anthony W. Ishii |
| MAURICIO LOPEZ-GARCIA, ) | |
| Defendant ) | |

GOOD CAUSE APPEARING, it is ordered that a licensed medical professional associated with the Fresno County Jail Medical Services shall promptly conduct an examination of federal pretrial detention inmate

    Mauricio Lopez-Garcia

    Fresno County Jail Identification No. PID #0368182

    Jail Booking No. 0814826

regarding a blood disorder for which he was receiving medical assistance in state prison prior to coming into federal custody, and thereafter report to the United States Marshal and appointed defense counsel, the Federal Defender, regarding his status and any reasonably necessary medical care.

IT IS SO ORDERED.

**Dated:   April 2, 2008**                           **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE